UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GRAYLON D. BELL, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 2:14-cv-0087-JMS-MJD |
| VIGO COUNTY SHERIFF, | ) |
| Respondent. | ) |

**Entry and Order Dismissing Action**

**I.**

Under Rule 16(f) a district court may dismiss a case when the plaintiff fails to follow pretrial orders. *See Lucien v. Breweur,* 9 F.3d 26, 28 (7th Cir. 1993). Such a dismissal is one of the tools available to district courts to achieve the orderly and expeditious disposition of cases. *Link v. Wabash R.R.,* 370 U.S. 626, 630-31 (1962).

The plaintiff has failed without explanation to supplement his petition for writ of habeas corpus as previously directed.

The court concludes that the plaintiff has abandoned this action, which shall now be dismissed without prejudice for failure to prosecute.

**II.**

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 06/02/2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:
GRAYLON BELL
VIGO COUNTY JAIL
201 Cherry Street
Terre Haute, IN 47807